BEFORE THE SECOND DIVISION, OCTOBER 16, 1940

**No. 44573.**—Petition 6028–R of H. Glasser (New York).

Opinion by TILSON, J.   From the record presented it was found there was no intention to defraud the revenue or to conceal or misrepresent the facts of the case.   The petition was therefore granted.

**No. 44574.**—Petition 6027–R of Eclipse Import Corp. (Los Angeles).

Opinion by TILSON, J.   From the record presented it was found there was no intention to defraud the revenue or to conceal or misrepresent the facts of the case.   The petition was therefore granted.

**No. 44575.**—Petition 6048–R of Samuel D. Leidesdorf, trustee in bankruptcy of American Merchandise Co., Inc. (New York).

Opinion by TILSON, J.   From the record presented it was found there was no intention to defraud the revenue or to conceal or misrepresent the facts of the case.   The petition was therefore granted.

**No. 44576.**—Protests 29186–K, etc., of E. Leitz, Inc. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise consists of metal-coated paper articles the same as those the subject of Abstract 42922. The claim at 5 cents per pound and 20 percent ad valorem under paragraph 1405 was therefore sustained.

**No. 44577.**—Protests 4750–K, etc., of Zenith Novelty Co. (New York).

Opinion by DALLINGER, J.   The testimony showed that the rubber turtles in question are used for the training and amusement of dogs, and not for the amusement of children.   The claim at 25 percent under paragraph 1537 (b) was sustained on the authority of Abstract 31963.

**No. 44578.**—Protests 993866–G, etc., of Continental Premium Mart et al. (Milwaukee, etc.).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 44579.**—Protests 941219–G, etc., of Manealoff & Co., Inc., et al. (Baltimore, etc.).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.